IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WESLEY W. HUNTER,

      Petitioner,                      No. CIV S-08-1460 DAD P

     vs.

JAMES TILTON, et al.,

      Respondent.                 ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In accordance with the court's October 17, 2008 order, petitioner has paid the filing fee.

        Upon initial review of petitioner's application for a writ of habeas corpus, the court has determined that the application must be dismissed with leave to amend. First, "[a] petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition." Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994) (citing Rule 2(a), 28 U.S.C. foll. § 2254). Petitioner has named James Tilton, Secretary of the California Department of Corrections as respondent, but this individual is not the proper respondent in this action. Petitioner is advised that the proper respondent in the usual habeas

/////

1

1 action is the warden of the institution where the petitioner is currently incarcerated.  See Stanley,
2 21 F.3d at 360.
3           In addition, petitioner's third claim regarding revocation of his visiting privileges
4 can only be pursued through a civil rights action.  A civil rights action is the proper mechanism
5 for a prisoner seeking to challenge the conditions of his confinement.  42 U.S.C. § 1983; Badea
6 v. Cox, 931 F.2d 573, 574 (9th Cir. 1991).  In contrast, habeas corpus proceedings are the proper
7 mechanism for a prisoner seeking to challenge the fact or duration of his confinement.  Preiser v.
8 Rodriguez, 411 U.S. 475, 484 (1973).
9           In accordance with the above, IT IS HEREBY ORDERED that:
10          1. Petitioner's application for writ of habeas corpus is dismissed with leave to file
11 an amended petition within thirty days from the date of this order;
12          2. Any amended petition must be filed on the form employed by this court, must
13 name the proper respondent, and must state all claims and prayers for relief on the form.  It must
14 bear the case number assigned to this action and must bear the title "Amended Petition"; and
15          3. The Clerk of the Court is directed to send petitioner the form for habeas corpus
16 application.
17 DATED: November 4, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

21 DAD:9
hunt1460.122

2