IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WESLEY W. HUNTER,

    Petitioner,                       No. CIV S-08-1460 DAD P

    vs.

JAMES TILTON, et al.,

    Respondent.                   ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee. In accordance with the court's November 5, 2008 order, petitioner has filed an amended petition.

        As the court previously advised petitioner, "[a] petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition." Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994) (citing Rule 2(a), 28 U.S.C. foll. § 2254). Petitioner has named Matthew Cate, Secretary of the California Department of Corrections and Rehabilitation as the respondent, but this individual is not the proper respondent in this action. Petitioner is advised that the proper respondent in the usual habeas

/////

/////

action is the warden of the institution where the petitioner is currently incarcerated.[1]  See Stanley, 21 F.3d at 360.  Accordingly, petitioner's amended petition must be dismissed with leave to file a second amended petition.  See Stanley, 21 F.3d at 360.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's amended petition for writ of habeas corpus is dismissed with leave to file a second amended petition within thirty days from the date of this order;

2. Any second amended petition must be filed on the form employed by this court, must name the proper respondent, and must state all claims and prayers for relief on the form.  It must bear the case number assigned to this action and must bear the title "Second Amended Petition"; and

3. The Clerk of the Court is directed to send petitioner the form for habeas corpus application.

DATED: December 9, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
hunt1460.122(2)

---

[1] James Walker is the current warden at California State Prison, Sacramento.

2